## JOHN McDONELL *versus* HENRY HUDSON

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 182; (2) jury impaneled, nonsuit *p. 288; (3) nonsuit taken off, jury impaneled *p. 289; (4) witnesses sworn, constable sworn *p. 289; (5) verdict *p. 289; (6) rule for judgment *p. 326; (7) judgment *p. 365.

PAPERS IN FILE: (1) Recognizance and precipe for habeas corpus cum causa; (2) writ of habeas corpus; (3) transcript of county court record; (4) precipe for subpoena; (5) subpoena; (6–7) precipes for subpoenas; (8) declaration; (9) plea of not guilty; (10) precipe for subpoena; (11–13) subpoenas; (14–15) panels of jurors; (16) verdict; (17) affidavit of Charles Larned; (18) precipe for fi. fa.; (19) writ of fi. fa. and return.

*Office Docket,* MS p. 117, c. 17. Recorded in *Book A,* MS pp. 443–53.